## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ROBERT KRIEN, GERI KRIEN, and
ZURICH AMERICAN INSURANCE COMPANY,**
    Plaintiffs,

    v.                                       Case No. 10-CV-01004

**HARSCO CORPORATION,**
    Defendant / Third-Party Plaintiff,

    v.

**RILEY CONSTRUCTION COMPANY,**
    Third-Party Defendant.

## ORDER

The parties' pleadings fail to identify the state of incorporation for plaintiff Zurich American Insurance Company. Since this information is necessary to determine whether this court has original jurisdiction over the plaintiffs' claims under 28 U.S.C. § 1332(a) and supplemental jurisdiction over defendant Harsco Corporation's third-party claim under 28 U.S.C. § 1367(a), I will order the parties to provide it to the court.

**THEREFORE, IT IS ORDERED** that the parties shall file a letter advising the court of Zurich American Insurance Company's state of incorporation by **May 10, 2013**.

Dated at Milwaukee, Wisconsin, this 28th day of April 2013.

                                                                   s/ Lynn Adelman

                                                           _____
                                                           LYNN ADELMAN
                                                           District Judge